1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| MATT RADDUE, individually; JACK DIEP, individually, JORY LEVY, individually; CARLOS MAURICIO GIL, individually; JAMES DAYAP, individually,<br><br>                Plaintiffs,<br><br>    v.<br><br>LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; LAS VEGAS PAVING CORPORATION, a domestic corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>                Defendants. | Case No. 2:23-cv-02124-GMN-NJK<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT OR CONSOLIDATED AMENDED COMPLAINT**<br><br>**(Second Request)** |

Pursuant to Local Rule IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiffs, Defendant Liberty Media Corporation ("Liberty"), and Defendant Las Vegas Paving Corporation ("Las Vegas Paving") hereby STIPULATE to extend the time for Defendants to answer or move in response to the Plaintiffs' First Amended Complaint ("FAC") or any consolidated amended complaint that may be forthcoming, as explained below.  Per Plaintiffs' and Liberty's first stipulation and the Court's order dated January 2, 2024, Liberty's response to the FAC is currently due January 12, 2024.  *See* ECF Nos. 8-10. Per Plaintiffs' and Las Vegas Paving's first stipulation and the Court's order dated January 8, 2024, Las Vegas Paving's response to the FAC is likewise due January 12, 2024.  *See* ECF Nos. 11, 14.

The reason for the requested extension is that Liberty removed a related case from state court to this Court on January 5, 2024.  *See Cutchins, et al. v. Liberty Media Corporation, et al.*, Case No. 2:24-cv-00048-APG-EJY.  Liberty filed a notice of related cases in both actions on January 5, 2024, *see Raddue*, ECF No. 13; *Cutchins* ECF No. 7, wherein it advised of the potential the cases could be consolidated.  On January 8, 2024, counsel for Liberty and Plaintiffs met and conferred regarding these developments.  Plaintiffs' counsel advised they intend to file a motion to consolidate this action with *Cutchins* forthwith.  Undersigned counsel for Defendants have advised they will not oppose the motion as they agree the cases should be consolidated before this Court.  Given the likelihood of consolidation and the filing of a consolidated amended complaint thereafter, the parties agree it would be in the interest of judicial economy to defer Defendants' deadline to answer or move until 14 days after a consolidated amended complaint is filed or after the motion to consolidate is denied, in which case Defendants will answer or move in response to the FAC.

This is the second stipulation to extend the subject deadline. The parties submit that the request is made in good faith and not for purposes of delay.

DATED this 10th day of January, 2024.

| | |
|---|---|
| JK LEGAL CONSULTING, LLC | CAMPBELL & WILLIAMS |
| By /s/ Jared Kahn<br>    Jared Kahn (12603)<br>jkahn@jk-legalconsulting.com<br>9205 West Russell Road, Suite 240<br>Las Vegas, NV 89148 | By /s/ J. Colby Williams<br>    J. Colby Williams (5549)<br>jcw@cwlawlv.com<br>710 South Seventh Street<br>Las Vegas, Nevada 89101 |
| DIMOPOULOS INJURY LAW<br>Steve Dimopoulos (12729)<br>sd@stevedimopoulos.com<br>Paul A. Shpirt (1044)<br>ps@stevedimopoulos.com<br>6671 South Las Vegas Blvd., Suite 275<br>Las Vegas, NV 89119 | O'MELVENY & MYERS, LLP<br>David Marroso (*phv pending*)<br>dmarroso@omm.com<br>Esteban Rodriguez (*phv pending*)<br>esrodriguez@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035 |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Berman (*pro hac vice forthcoming*)<br>steve@hbsslaw.com<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | *Attorneys for Defendant*<br>*Liberty Media Corporation*<br><br>MARQUIS AURBACH |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Christopher Pitoun (*pro hac vice forthcoming*)<br>christopherp@hbsslaw.com<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101 | By /s/ Tye S. Hanseen<br>    Tye S. Hanseen (10365)<br>thanseen@maclaw.com<br>10001 Park Rune Drive<br>Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant*<br>*Nevada Paving Corporation* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2024