UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| MATT RADDUE, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>LIBERTY MEDIA CORPORATION, *et al.*,<br><br>           Defendants. | Case No. 2:23-cv-02124-GMN-NJK<br><br>**Order** |

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant Las Vegas Paving Corporation's certificate of interested parties fails to identify the citizenship attributed to it. *See* Docket No. 27.

Accordingly, Defendant must file an amended certificate of interested parties by January 25, 2024, fully identifying the citizenship of every individual and entity attributed to it.

IT IS SO ORDERED.

Dated: January 19, 2024

　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1