Steve Dimopoulos, Esq.
Nevada Bar No. 12729
Paul A. Shpirt, Esq.
Nevada Bar No. 1044
Jared Kahn, Esq.
Nevada Bar No. 12603
DIMOPOULOS INJURY LAW
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
O: (702) 800-6000
F: (702) 224-2114
sd@stevedimopoulos.com
ps@stevedimopoulos.com
jkahn@jk-legalconsulting.com

Steve W. Berman
(admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 268-9340
F: (206) 623-0594
steve@hbsslaw.com

Christopher R. Pitoun
(admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
christopherp@hbsslaw.com

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACK DIEP, individually; JORY LEVY, individually; JAMES DAYAP, individually; MARVIN CUTCHINS; and RAY CHARLES, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINEKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; LAS VEGAS PAVING CORPORATION, a Nevada corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02124-GMN-NJK<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**(First Request)** |

1  Pursuant to Local Rule IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiffs, Defendant Liberty Media Corporation ("Liberty"), and Defendant Las Vegas Paving Corporation ("Las Vegas Paving") (collectively the "Defendants") hereby STIPULATE to extend the time for Plaintiffs to file their Opposition to Defendants' respective motions to dismiss Plaintiffs' Consolidated Class Action Complaint and for Defendants to file their Replies by fourteen days as explained below. Per LR 7-2(b), Plaintiffs' Oppositions to Defendants' Motions are currently due June 21, 2024, and Defendants' Reply briefs are due June 28, 2024.

On May 24, 2024, Plaintiffs filed their Consolidated Class Action Complaint. ECF No. 37. On June 7, 2024, Defendants timely filed their respective motions to dismiss. ECF Nos. 38, 39. The parties STIPULATE that the new deadline for Plaintiffs to file their Opposition shall be **July 5, 2024**. The parties further STIPULATE that the new deadline for Defendants to file their respective Replies shall be **July 26, 2024**.

The reason for the requested extension is that Plaintiffs' counsel is travelling cross-country for an in-person hearing for another matter in the Eastern District of New York on June 18, 2024. This hearing is in the middle of the two-week period Plaintiffs have to oppose Defendants' motions under the local rules. *See* LR 7-2(b). Moreover, Plaintiffs' counsel submit that Defendants' motions raise several issues that require in-depth analysis and Plaintiffs require additional time to properly oppose. Similarly, the parties agree that twenty-one days (rather than seven days allowed under the LR 7-2(b)) allows sufficient time for Defendants to properly reply to Plaintiffs' intended opposition.

This is the first stipulation to extend the subject deadlines. The parties submit that the request is made in good faith and not for purposes of delay.

| | |
|---|---|
| DATED: June 14, 2024 | Respectfully submitted, |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **O'MELVENY & MYERS LLP** |
| By */s/ Steve W. Berman* | By */s/ Esteban Rodriguez* |
| Steve W. Berman (admitted *pro hac vice*) | Esteban Rodriguez (admitted *pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | David Marroso (admitted *pro hac vice*) |
| Seattle, WA 98101 | 1999 Avenue of the Stars, Seventh Floor |
| T: (206) 268-9340 | Los Angeles, CA 90067 |
| F: (206) 623-0594 | T: (310) 553-6700 |
| steve@hbsslaw.com | F: (310) 246-6779 |
| | esrodriguez@omm.com |
| Christopher R. Pitoun (admitted *pro hac vice*) | dmarroso@omm.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 301 North Lake Avenue, Suite 920 | J. Colby Williams (5549) |
| Pasadena, California 91101 | Philip R. Erwin (11563) |
| T: (213) 330-7150 | CAMPBELL & WILLIAMS |
| F: (213) 330-7152 | 710 South Seventh Street |
| christopherp@hbsslaw.com | Las Vegas, Nevada 89101 |
| | T: (702) 382-5222 |
| Jared Kahn, Esq. | F: (702) 382-0540 |
| Nevada Bar No. 12603 | jcw@cwlawlv.com |
| Steve Dimopoulos, Esq. | pre@cwlawlv.com |
| Nevada Bar No. 12729 | |
| Paul A. Shpirt, Esq. | *Attorneys for Defendant* |
| Nevada Bar No. 1044 | *Liberty Media Corporation* |
| DIMOPOULOS INJURY LAW | |
| 6671 South Las Vegas Boulevard, Suite 275 | |
| Las Vegas, Nevada 89119 | **MARQUIS AURBACH** |
| O: (702) 800-6000 | |
| F: (702) 224-2114 | By */s/ Jennifer L. Micheli* |
| sd@stevedimopoulos.com | Jennifer L. Micheli (11210) |
| ps@stevedimopoulos.com | Tye S. Hanseen, Esq. (10365) |
| jkahn@jk-legalconsulting.com | 10001 Park Run Drive |
| | Las Vegas, Nevada 89145 |
| | T: (702) 382-0711 |
| | F: (702) 382-5816 |
| | jmicheli@maclaw.com |
| | thanseen@maclaw.com |
| | |
| | *Attorneys for Las Vegas Paving Corporation* |

| | |
|---|---|
| 1 | Cheryl H. Wilson, Esq. |
| 2 | Nevada Bar No. 8312<br>Victoria L. Hightower, Esq., |
| 3 | Nevada Bar No. 10897<br>IVIE McNEILL WYATT PURCELL & |
| 4 | DIGGS<br>7455 Arroyo Crossing, Suite 220 |
| 5 | Las Vegas, NV 89113<br>(725) 677-4055 (Telephone) |
| 6 | (725) 239-4055 (Facsimile) |
| 7 | Email: cwilson@imwlaw.com<br>Email: vhightower@imwlaw.com |
| 8 | |
| 9 | Rodney S. Diggs, Esq. (admitted *pro hac vice*)<br>California Bar No. 274459 |
| 10 | IVIE McNEILL WYATT PURCELL &<br>DIGGS |
| 11 | 444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071 |
| 12 | (213) 489-0028 (Telephone)<br>Email: rdiggs@imwlaw.com |
| 13 | |
| 14 | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024, I caused the foregoing document to be served upon counsel of record via electronic mail.

DATED: June 14, 2024 /s/ *Steve W. Berman*
Steve W. Berman