# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JACK DIEP, et al.,

    Plaintiff(s),

v.

LIBERTY MEDIA CORPORATION, et al.,

    Defendant(s).

Case No. 2:23-cv-02124-GMN-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by August 27, 2024.

    IT IS SO ORDERED.

    Dated: August 13, 2024

                                      Nancy J. Koppe
                                      United States Magistrate Judge