J. COLBY WILLIAMS
   NV Bar No. 5549
PHILIP R. ERWIN
   NV Bar No. 11563
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Tel:   (702) 382-5222
Fax:  (702) 382-0540
Email: jcw@cwlawlv.com
       pre@cwlawlv.com

DAVID MARROSO
   CA Bar No. 211655 (admitted *pro hac vice*)
ESTEBAN RODRIGUEZ
   CA Bar No. 268789 (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Eighth Floor
Los Angeles, California 90067
Tel:   (310) 553-6700
Fax:  (310) 246-6779
Email: dmarroso@omm.com
       esrodriguez@omm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACK DIEP; JORY LEVY; JAMES DAYAP; MARVIN CUTCHINS; and RAY CHARLIES, JR., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINEKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; LAS VEGAS GRAND PRIX, INC., a Nevada corporation,<br><br>            Defendants. | Case No. 2:23-cv-02124-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT LIBERTY MEDIA CORPORATION TO RESPOND TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, 6-2, and LR 7-1, the undersigned counsel of record for Plaintiffs Jack Diep, Jory Levy, James Dayap, Marvin Cutchins, and Ray Charles, Jr. (collectively, "Plaintiffs"), Defendant Liberty Media Corporation ("Liberty"), and Defendant Las Vegas Grand Prix, Inc. ("LVGP") (collectively, "Defendants") hereby STIPULATE to extend the time for Defendants to respond to Plaintiffs' First Amended Consolidated Class Action Complaint ("FACCAC"), as explained below.

On May 24, 2024, Plaintiffs filed a Consolidated Class Action Complaint in this matter against Liberty and Las Vegas Paving Corporation. ECF No. 37. On June 7, 2024, Liberty and Las Vegas Paving Corporation filed motions to dismiss that complaint. ECF. Nos. 38, 39. On February 19, 2025, this Court issued an order granting Las Vegas Paving's motion to dismiss and dismissing Las Vegas Paving as a party to this action; granting in part Liberty's motion to dismiss; and giving Plaintiffs 21 days to file an amended complaint amending only their breach of contract claim. ECF No. 54. On March 12, 2025, Plaintiffs filed the FACCAC. ECF No. 55. The FACCAC added LVGP as a named defendant and pleads a single cause of action for breach of contract against Liberty and LVGP. *Id.*

Pursuant to Fed. R. Civ. P. 15(a)(3), the current deadline for Liberty to respond to the FACCAC is March 26, 2025. Pursuant to the summons issued as to LVGP and Fed. R. Civ. P. 12(a), LVGP's deadline to respond to the FACCAC is 21 days after service is effectuated. *See* ECF No. 57. Counsel for LVGP and Plaintiffs have met and conferred, and counsel for LVGP has agreed to accept service on behalf of LVGP as of the date of this filing.

Liberty and LVGP anticipate filing motions to dismiss the FACCAC. Counsel for Plaintiffs, Liberty, and LVGP also agree and stipulate to extend the time for Liberty and LVGP to respond to the FACCAC to 28 days after the date of this stipulation, or April 15, 2025. Plaintiffs shall have 14 days after the date Defendants file their anticipated motions to dismiss, or April 29, 2025, to file their oppositions. And Liberty and LVGP shall have 7 days after the date Plaintiffs file their oppositions, or May 6, 2025, to file their replies. All parties further stipulate that Liberty's and LVGP's answers to the FACCAC, if any, shall be due 14 days after a court ruling on

Defendants' motions. This stipulation provides a modest briefing extension to permit Defendants' counsel to analyze the legal issues presented by the addition of a new named defendant and promotes judicial economy by placing the briefing and argument on both Defendants' motions on the same schedule.

If approved, Liberty and LVGP shall have until April 15, 2025 to respond to the FACCAC. This is both Defendants' first request for an extension of their deadline to respond to the FACCAC. This stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated this 18th day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **O'MELVENY & MYERS LLP** |
| By /s/ *Christopher R. Pitoun* <br> Christopher R. Pitoun (admitted *pro hac vice*) <br> 301 North Lake Avenue, Suite 920 <br> Pasadena, California 91101 <br> christopherp@hbsslaw.com | By: /s/ *David Marroso* <br> David Marroso (admitted *pro hac vice*) <br> Esteban Rodriguez (admitted *pro hac vice*) <br> 1999 Avenue of the Stars, Seventh Floor <br> Los Angeles, California 90067 <br> dmarroso@omm.com <br> esrodriguez@omm.com |
| Steve W. Berman (admitted *pro hac vice*) <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> 1301 Second Avenue, Suite 2000 <br> Seattle, Washington 98101 <br> steve@hbsslaw.com | J. Colby Williams (5549) <br> Philip R. Erwin (11563) <br> **CAMPBELL & WILLIAMS** <br> 710 South Seventh Street <br> Las Vegas, Nevada 89101 <br> jcw@cwlawlv.com <br> pre@cwlawlv.com |
| Steve Dimopolous, Esq. <br> Nevada Bar No. 12729 <br> Paul A. Shpirt, Esq. <br> Nevada Bar No. 1044 <br> Jared B. Kahn, Esq. <br> Nevada Bar No. 12603 <br> **DIMOPOULOS INJURY LAW** <br> 6671 South Las Vegas Boulevard, Suite 275 <br> Las Vegas, Nevada 89119 <br> sd@stevedimopoulos.com <br> ps@stevedimopoulos.com <br> jkahn@jk-legalconsulting.com | *Attorneys for Defendants* |

IT IS SO ORDERED.
Dated: March 19, 2025

Nancy J. Koppe
United States Magistrate Judge

- 2 -