1  STEVEN K. DIMOPOULOS, ESQ.
   Nevada Bar No. 12729
2  BRIGETTE E. FOLEY, ESQ.
   Nevada Bar No. 12965
3  DIMOPOULOS LAW FIRM
4  6671 S. Las Vegas Blvd., Suite 275
   Las Vegas, NV 89119
5  O: (702) 800-6000
   F: (702) 224-2114
6  bef@stevedimopoulos.com
7  shh@stevedimopoulos.com
   *Attorneys for Plaintiffs*
8  [Additional Plaintiffs' counsel listed on Signature Page]

9                 **UNITED STATES DISTRICT COURT**
10                        **DISTRICT OF NEVADA**

11 | JACK DIEP; JORY LEVY; JAMES DAYAP; MARVIN CUTCHINS; and RAY CHARLE, JR., individually and on behalf of all others similarly situated. | |
|---|---|
| Plaintiffs, | CASE NO.:   2:23-cv-02124-GMN-NJK |
| v. | |
| LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINEKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; LAS VEGAS PAVING CORPORATION, a Nevada corporation. | **NOTICE OF DISASSOCIATION OF COUNSEL AND CHANGE OF HANDLING ATTORNEY** |
| Defendants. | |

20  **TO:   THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

21        PLEASE TAKE NOTICE that effective immediately, Plaintiffs, by and through their counsel
22  of record, DIMOPOULOS LAW FIRM, hereby give notice that JARED B. KAHN, ESQ. (SBN
23  12603) and SCOTT R. COOK, ESQ. (SBN 5265) are no longer attorneys associated with the
24  DIMOPOULOS LAW FIRM.  SCOTT R. COOK, ESQ. (SBN 5265) no longer needs to receive
25  notifications on this case. **DIMOPOULOS LAW FIRM** will continue to represent the Plaintiffs.
26  JARED KAHN, ESQ. (SBN 12603) also will continue to represent the Plaintiffs under a separate firm,
27  with contact information provided below.
28

The handling attorneys for the Plaintiffs in this case are as follows:

| | |
|---|---|
| Steven K. Dimopoulos, Esq. (SBN 12729)<br>Brigette E. Foley, Esq. (SBN 12965)<br>**DIMOPOULOS LAW FIRM**<br>6671 S. Las Vegas Blvd., Suite 275<br>Las Vegas, NV 89119<br>O: (702) 800-6000<br>F: (702) 224-2114<br>bef@stevedimopoulos.com<br>shh@stevedimopoulos.com | Jared Kahn, Esq. (SBN 12603)<br>**JK LEGAL & CONSULTING, LLC**<br>9205 West Russell Road, Suite 240<br>Las Vegas, NV 89148<br>O: (702) 708-2958<br>F: (702) 870-6758<br>jkahn@jk-legalconsulting.com |
| Steven W. Berman, Esq.<br>Admitted *Pro Hac Vice*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>O: (206) 268-9340<br>F: (206) 623-0594<br>steve@hbsslaw.com<br>-and-<br>Christopher R. Pitoun, Esq.<br>Admitted *Pro Hac Vice*<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>301 North Lake Avenue, Suite 920<br>Pasadena, California 91101<br>O: (213) 330-7150<br>F: (213) 330-7152<br>christopherp@hbsslaw.com | Cheryl H. Wilson, Esq. (SBN 8312)<br>Victoria L. Hightower, Esq. (SBN 10897)<br>**IVIE McNEILL WYATT PURCELL & DIGGS**<br>7455 Arroyo Crossing, Suite 220<br>Las Vegas, NV 89113<br>O: (725) 677-4055<br>F: (725) 239-4055<br>cwilson@imwlaw.com<br>vhightower@imwlaw.com<br>-and-<br>Rodney S. Diggs, Esq.<br>Admitted *Pro Hac Vice* (CA Bar No. 274459)<br>**IVIE McNEILL WYATT PURCELL & DIGGS**<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>O: (213) 489-0028<br>rdiggs@imwlaw.com |

Please update your service lists accordingly.

**DATED** this 3rd Day of April, 2025.

IT IS SO ORDERED.
Dated: April 4, 2025

Nancy J. Koppe
United States Magistrate Judge