J. COLBY WILLIAMS
    NV Bar No. 5549
PHILIP R. ERWIN
    NV Bar No. 11563
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Tel:    (702) 382-5222
Fax:    (702) 382-0540
Email:  jcw@cwlawlv.com
        pre@cwlawlv.com

DAVID MARROSO
    CA Bar No. 211655 (admitted *pro hac vice*)
ESTEBAN RODRIGUEZ
    CA Bar No. 268789 (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Eighth Floor
Los Angeles, California 90067
Tel:    (310) 553-6700
Fax:    (310) 246-6779
Email:  dmarroso@omm.com
        esrodriguez@omm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACK DIEP; JORY LEVY; JAMES DAYAP; MARVIN CUTCHINS; and RAY CHARLIES, JR., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINEKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; LAS VEGAS GRAND PRIX, INC., a Nevada corporation,<br><br>        Defendants. | Case No. 2:23-cv-02124-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANTS LIBERTY MEDIA CORPORATION AND LAS VEGAS GRAND PRIX, INC. TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

1. Pursuant to Local Rule IA 6-1, 6-2, and LR 7-1, the undersigned counsel of record for Plaintiffs Jack Diep, Jory Levy, James Dayap, Marvin Cutchins, and Ray Charles, Jr. (collectively, "Plaintiffs"), Defendant Liberty Media Corporation ("Liberty"), and Defendant Las Vegas Grand Prix, Inc. ("LVGP") (collectively, "Defendants") hereby STIPULATE to extend the time for Defendants to file their reply brief in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint ("Reply"). Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint ("MTD") on April 15, 2025.

2. On March 12, 2025, Plaintiffs filed their First Amended Consolidated Class Action Complaint ("FACCAC"). ECF No. 55. On March 18, 2025, the parties filed a joint stipulation to extend Defendants' time to respond to the FACCAC. ECF No. 58. On March 19, 2025, the Court granted the parties' joint stipulation and extended Defendants' deadline to respond to the FACCAC to April 15, 2025. ECF No. 59. On April 15, 2025, Defendants filed their MTD. ECF No. 62. Plaintiffs filed their Opposition to Defendants' MTD on April 29, 2025. ECF No. 68.

3. Pursuant to Local Rule LR 7-2, the current deadline for Defendants to file their Reply is May 6, 2025. Counsel for Defendants and Plaintiffs have met and conferred and determined that a modest briefing extension of three days to accommodate Defendants' counsels' competing professional obligations for a mediation and trial preparation would be reasonable.

4. If approved, Defendants shall have until May 9, 2025 to file their Reply. This is Defendants' first request for an extension of their deadline to file their Reply.[1] This stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

///
///
///
///
///

---

[1] As noted, the Court previously granted the Parties' stipulation extending Defendants' deadline to file their response to the FACCAC (ECF Nos. 58, 59), but that stipulation did not alter Defendants' deadline under LR 7-2(b) to file their Reply.

- 1 -

Dated this 30th day of April, 2025.

Respectfully submitted,

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **O'MELVENY & MYERS LLP** |
| By /s/ *Christopher R. Pitoun* <br> Christopher R. Pitoun (admitted *pro hac vice*) <br> 301 North Lake Avenue, Suite 920 <br> Pasadena, California 91101 <br> christopherp@hbsslaw.com | By: /s/ *David Marroso* <br> David Marroso (admitted *pro hac vice*) <br> Esteban Rodriguez (admitted *pro hac vice*) <br> 1999 Avenue of the Stars, Seventh Floor <br> Los Angeles, California 90067 <br> dmarroso@omm.com <br> esrodriguez@omm.com |
| Steve W. Berman (admitted *pro hac vice*) <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> 1301 Second Avenue, Suite 2000 <br> Seattle, Washington 98101 <br> steve@hbsslaw.com | J. Colby Williams (5549) <br> Philip R. Erwin (11563) <br> **CAMPBELL & WILLIAMS** <br> 710 South Seventh Street <br> Las Vegas, Nevada 89101 <br> jcw@cwlawlv.com <br> pre@cwlawlv.com |
| Steve Dimopolous, Esq. <br> Nevada Bar No. 12729 <br> Paul A. Shpirt, Esq. <br> Nevada Bar No. 1044 <br> Jared Kahn, Esq. <br> Nevada Bar No. 12603 <br> **DIMOPOULOS INJURY LAW** <br> 6671 South Las Vegas Boulevard, Suite 275 <br> Las Vegas, Nevada 89119 <br> sd@stevedimopoulos.com <br> ps@stevedimopoulos.com | *Attorneys for Defendants* |
| Cheryl H. Wilson, Esq. <br> Nevada Bar No. 8312 <br> Victoria L. Hightower, Esq. <br> Nevada Bar No. 10897 <br> **IVIE McNEILL WYATT PURCELL & DIGGS** <br> 7455 Arroyo Crossing, Suite 220 <br> Las Vegas, Nevada 89113 <br> cwilson@imwlaw.com <br> vhightower@imwlaw.com | |
| Rodney S. Diggs, Esq., (admitted *pro hac vice*) <br> **IVIE McNEILL WYATT PURCELL & DIGGS** | |

444 S. Flower Street, 18th Floor
Los Angeles, California 90071
rdiggs@imwlaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

DATED: May  1 , 2025.