J. COLBY WILLIAMS (NV Bar No. 5549)
PHILIP R. ERWIN (NV Bar No. 11563)
**CAMPBELL & WILLIAMS**
710 South Seventh Street
Las Vegas, Nevada 89101
Tel:   (702) 382-5222
Fax:   (702) 382-0540
Email: jcw@cwlawlv.com
       pre@cwlawlv.com

DAVID MARROSO (admitted *pro hac vice*)
ESTEBAN RODRIGUEZ (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, Eighth Floor
Los Angeles, California 90067
Tel:   (310) 553-6700
Fax:   (310) 246-6779
Email: dmarroso@omm.com
       esrodriguez@omm.com

*Attorneys for Defendants*

*Attorneys for Plaintiffs Listed on Signature Page

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACK DIEP; JORY LEVY; JAMES DAYAP; MARVIN CUTCHINS; and RAY CHARLIES, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINEKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; LAS VEGAS GRAND PRIX, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:23-cv-02124-GMN-NJK<br><br>**NOTIFICATION OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE**<br><br>**(First Request)** |

1  Pursuant to Local Rules IA 6-2 and LR 7-1, the undersigned counsel of record for Plaintiffs Jack Diep, Jory Levy, James Dayap, Marvin Cutchins, and Ray Charles, Jr. ("Plaintiffs"), and Defendants Liberty Media Corporation and Las Vegas Grand Prix, Inc. ("Defendants") (collectively, the "Parties"), hereby:

**NOTIFY** the Court that, on October 29, 2025, the Parties reached a class action settlement agreement in principle that, if approved by this Court, would fully resolve this consolidated class action; and

**STIPULATE** that all proceedings in this case, including any decision on Defendants' pending motion to dismiss (ECF No. 62), shall be stayed until January 15, 2026. This stay will permit the Parties to complete confirmatory discovery of their agreement reached in principle, finalize and execute a long-form class action settlement agreement, and prepare and file the necessary motion papers for preliminary approval of the class action settlement.

If the Court approves this stipulation, all proceedings in this case, including any decision on Defendants' pending motion to dismiss, shall be **STAYED** until January 15, 2026. Plaintiffs shall file a motion for preliminary approval of the class action settlement on January 15, 2026.

This is the Parties' first request for a stay pending execution of their class action settlement and the preparation of the necessary motion papers. This stipulation is made in good faith, is not intended to cause delay, and is not filed for any improper purpose.

Dated this 29th day of October, 2025.                Respectfully submitted,

By: /s/ Christopher R. Pitoun                        By: /s/ David Marroso

**HAGENS BERMAN SOBOL SHAPIRO LLP**                  **O'MELVENY & MYERS LLP**
Christopher R. Pitoun (admitted *pro hac vice*)      David Marroso (admitted *pro hac vice*)
301 North Lake Avenue, Suite 920                     Esteban Rodriguez (admitted *pro hac vice*)
Pasadena, California 91101                           1999 Avenue of the Stars, Eighth Floor
christopherp@hbsslaw.com                             Los Angeles, California 90067
                                                     dmarroso@omm.com
Steve W. Berman (admitted *pro hac vice*)            esrodriguez@omm.com
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
steve@hbsslaw.com

| | |
|---|---|
| **DIMOPOULOS INJURY LAW**<br>Steve Dimopolous, Esq. (12729)<br>Paul A. Shpirt, Esq. (1044)<br>Jared Kahn, Esq. (12603)<br>6671 South Las Vegas Boulevard, Suite 275<br>Las Vegas, Nevada 89119<br>sd@stevedimopoulos.com<br>ps@stevedimopoulos.com | **CAMPBELL & WILLIAMS**<br>J. Colby Williams (5549)<br>Philip R. Erwin (11563)<br>710 South Seventh Street<br>Las Vegas, Nevada 89101<br>jcw@cwlawlv.com<br>pre@cwlawlv.com<br><br>*Attorneys for Defendants* |
| **IVIE McNEILL WYATT PURCELL & DIGGS**<br>Cheryl H. Wilson, Esq. (8312)<br>Victoria L. Hightower, Esq. (10897)<br>7455 Arroyo Crossing, Suite 220<br>Las Vegas, Nevada 89113<br>cwilson@imwlaw.com<br>vhightower@imwlaw.com | |

Rodney S. Diggs, Esq., (admitted *pro hac vice*)
444 S. Flower Street, 18th Floor
Los Angeles, California 90071
rdiggs@imwlaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____