J. COLBY WILLIAMS (NV Bar No. 5549)
PHILIP R. ERWIN (NV Bar No. 11563)
**CAMPBELL & WILLIAMS**
710 South Seventh Street
Las Vegas, Nevada 89101
Tel:    (702) 382-5222
Fax:    (702) 382-0540
Email: jcw@cwlawlv.com
        pre@cwlawlv.com

DAVID MARROSO (admitted *pro hac vice*)
ESTEBAN RODRIGUEZ (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, Eighth Floor
Los Angeles, California 90067
Tel:    (310) 553-6700
Fax:    (310) 246-6779
Email: dmarroso@omm.com
        esrodriguez@omm.com

*Attorneys for Defendants*

*Attorneys for Plaintiffs Listed on Signature Page

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JACK DIEP; JORY LEVY; JAMES DAYAP; MARVIN CUTCHINS; and RAY CHARLES, JR., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINEKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; LAS VEGAS GRAND PRIX, INC., a Nevada corporation, <br><br> Defendants. | Case No. 2:23-cv-02124-GMN-NJK <br><br> **JOINT STIPULATION AND ORDER TO FURTHER STAY CASE PENDING EXECUTION OF CLASS ACTION SETTLEMENT** <br><br> **(Third Request)** |

The undersigned counsel of record for Plaintiffs Jack Diep, Jory Levy, James Dayap, Marvin Cutchins, and Ray Charles, Jr. ("Plaintiffs"), and Defendants Liberty Media Corporation and Las Vegas Grand Prix, Inc. ("Defendants") (collectively, the "Parties"), hereby submit this joint stipulation under Local Rules IA 6-2 and LR 7-1.

**WHEREAS**, on October 29, 2025, the Parties reached a class action settlement agreement in principle that, if approved by the Court, would fully resolve this consolidated class action.

**WHEREAS**, on October 31, 2025, the Court approved the Parties' first request to stay the case, including any decision on Defendants' pending motion to dismiss, ECF No. 62, until January 15, 2026. The Parties stipulated to this stay of the proceedings to complete confirmatory discovery of their agreement reached in principle, finalize and execute a long-form class action settlement agreement, and prepare and file the necessary motion papers for preliminary approval of the class action settlement.

**WHEREAS**, on January 12, 2026, the Court approved the Parties' second request to further stay the case for an additional month, until February 16, 2026, to provide more time for the parties to complete the data-heavy confirmatory discovery process, finalize the settlement agreement, and prepare the motion for preliminary approval of the class action settlement.

**WHEREAS**, the Parties have continued to work productively to finalize this process. The confirmatory discovery process is now complete, and the Parties have nearly finished executing the long-form settlement agreement and the preliminary approval papers. The Parties respectfully request a brief further stay of the case for an additional two (2) weeks, until March 2, 2026, to complete this process.

**THEREFORE**, the Parties hereby **STIPULATE** that all proceedings in this case, including any decision on Defendants' pending motion to dismiss, shall be stayed until March 2, 2026.

If the Court approves this stipulation, all proceedings in this case, including any decision on Defendants' pending motion to dismiss, shall be **STAYED** until March 2, 2026. Plaintiffs shall file a motion for preliminary approval of the class action settlement by March 2, 2026.

- 1 -

This is the Parties' third request for a stay pending execution of their class action settlement and the preparation of the necessary motion papers.  This stipulation is made in good faith, is not intended to cause delay, and is not filed for any improper purpose.

Dated:  February 12, 2026

By: */s/ Christopher R. Pitoun*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Christopher R. Pitoun (admitted *pro hac vice*)
301 North Lake Avenue, Suite 920
Pasadena, California 91101
christopherp@hbsslaw.com

Steve W. Berman (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
steve@hbsslaw.com

**DIMOPOULOS INJURY LAW**
Steve Dimopolous, Esq. (12729)
Paul A. Shpirt, Esq. (1044)
Jared Kahn, Esq. (12603)
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
sd@stevedimopoulos.com
ps@stevedimopoulos.com

**IVIE McNEILL WYATT PURCELL & DIGGS**
Cheryl H. Wilson, Esq. (8312)
Victoria L. Hightower, Esq. (10897)
7455 Arroyo Crossing, Suite 220
Las Vegas, Nevada 89113
cwilson@imwlaw.com
vhightower@imwlaw.com

Rodney S. Diggs, Esq., (admitted *pro hac vice*)
444 S. Flower Street, 18th Floor
Los Angeles, California 90071
rdiggs@imwlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

By: */s/ David Marroso*

**O'MELVENY & MYERS LLP**
David Marroso (admitted *pro hac vice*)
Esteban Rodriguez (admitted *pro hac vice*)
1999 Avenue of the Stars, Eighth Floor
Los Angeles, California 90067
dmarroso@omm.com
esrodriguez@omm.com

**CAMPBELL & WILLIAMS**
J. Colby Williams (5549)
Philip R. Erwin (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
jcw@cwlawlv.com
pre@cwlawlv.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED:  February 12, 2026

- 2 -