**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JACK DIEP, individually; JORY LEVY, individually; JAMES DAYAP, individually; MARVIN CUTCHINS; and RAY CHARLES, JR., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LIBERTY MEDIA CORPORATION d/b/a FORMULA ONE HEINEKEN SILVER LAS VEGAS GRAND PRIX, a foreign corporation; LAS VEGAS GRAND PRIX, INC., , a Nevada corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,

Defendants.

2:23-cv-02124-GMN-NJK

**ORDER ENTERING FINAL JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Final Order Approving Settlement and Dismissing Action with Prejudice entered in this Action:

1. The Settlement Agreement, the Final Order Approving Settlement and Dismissing Action with Prejudice, and this Judgment are binding upon the Parties, their successors and assigns, and all Class Members (except Successful Opt-Outs), and shall have res judicata and other preclusive effect in all pending and future claims, lawsuits, or other proceedings maintained by or on behalf of any such persons.
2. The Action is dismissed with prejudice and without costs or fees to any party except as expressly set forth in the Final Order Approving Settlement and Dismissing Action with Prejudice.
3. Representative Plaintiffs, Class Counsel, and each Class Member who is not a Successful Opt-Out are hereby permanently enjoined and barred from bringing, filing, commencing, prosecuting, maintaining, intervening in, participating in, or receiving any benefits or other relief from any other lawsuit, arbitration, or administrative, regulatory, or other proceeding or order in any jurisdiction based on or relating to the Released Claims as set forth in the Settlement Agreement.
4. Without affecting the finality of this Judgment for purposes of appeal, this Court retains exclusive and continuing jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of the Final Order, the Settlement Agreement, and this Judgment.

*This Judgment incorporates by reference the definitions in the Settlement Agreement, and all terms herein shall have the same meaning as set forth in the Settlement Agreement.*

**IT IS SO ORDERED.**

The Clerk of Court is kindly directed to close the case.

**DATED** this 13 day of November, 2026.

**HON. GLORIA M. NAVARRO**
United States District Judge